U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
DEC 27 2017
AT_____ O'CLOCK
Lawrence K. Baerman, Clerk - Syracuse

12/27/2017

Chandeea T. Agnew
135 Fenway Drive
Syracuse NY 13224

United States District Court
Northern District of New York
100 South Clinton Street
P.O. Box 7367
Syracuse NY 13261

Page 1

Dear Main President: To Judges Gary L. Sharpe and Judge Andrew T. Baxter:

I am writing because I want the cases removed and erased off your record against my relatives. I had filed United States District Court papers once around January 22, 2011 and February 22, 2011 and February 28, 2011 against a few relatives and I just want this case removed and erased from the United States District Court. I had filed a case against Dianne Randall, Katrina Thomas, Nykisha Giles, Shaakiea Giles, Perry Lee Randall and Lewis Thomas. I also filed a case against LeMoyne College and a church named Bethany Baptist Church and another person named Phil Turner. I want to drop this case and I want the case to be removed and erased against my relatives and this →

Church named Bethany Baptist Church and another person named Phil Turner.

Also I want this case removed off the internet. I did not know that the court puts the information of the papers I filed to court on the internet. I want this information and case removed off the internet as well.

(Page 2)

Chandrea T. Agnew
Chandrea T. Agnew