01/11/2018

Chandrea T. Agnew
135 Fenway Drive
Syracuse NY 13224

United States District Court
Northern District of New York
100 South Clinton Street
P.O. Box 7367
Syracuse NY 13261


U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JAN 1 8 2018
AT ____ O'CLOCK ____
Lawrence K. Baerman, Clerk - Syracuse

Dear Main President: (To Judges Gary L. Sharpe and Judge Andrew T. Baxter)

I recently wrote a letter to the United States District Court about erasing and removing court papers against my relatives. I still want these court papers and case erased and removed off your record against my relatives. I had filed a case against Dianne Randall, Katrina Thomas, Nykisha Giles, Shaakira Giles, Perry Lee Randall and Lewis Thomas. Also I filed a case against Le Moyne College and a church named Bethany Baptist Church and another person named Phil Turner. I want this case against Le Moyne College and a church named Bethany Baptist Church and another person named Phil Turner erased and removed off your record as well. I also want these cases to be removed off the internet as well.

I am writing because I want the cases removed and erased off your record against my relatives. I had filed United States District Court papers on or around January 22, 2011 and February 22, 2011 and February 28, 2011 against a few relatives and I just want this case removed and erased from the United States District Court. I had filed a case against Dianne Randall, Katrina Thomas, Nykisha Giles, Shaakira Giles, Perry Lee Randall and Lewis Thomas. I also filed a case against Le Moyne College and a church named Bethany Baptist Church and another person named Phil Turner. I want to drop this case and I want the case to be removed and erased against my relatives and this church named Bethany Baptist Church and another person named Phil Turner.
Also I want this case removed off the internet. I did not know that the court puts this type of information of the papers I filed to court on the internet. I want this information and case removed and off the internet as well.

Enclosed is the same letter I wrote stating that these court papers be erased and removed from the United States District Court and erased and removed off the internet as well.

Chandrea T. Agnew
Chandrea T. Agnew

12/27/2017

Chandeea T. Agnew
135 Fenway Drive
Syracuse NY 13224

United States District Court
Northern District of New York
100 South Clinton Street
P.O. Box 7367
Syracuse NY 13261

Page 1

To Judges Gary L. Sharpe and Judge Andrew T. Baxter:

Dear Main President:

I am writing because I want the cases removed and erased off your record against my relatives. I had filed United States District Court papers once around January 22, 2011 and February 22, 2011 (or may 22, 2011) against a few relatives and I just want this case removed and erased from the United States District Court. I had filed a case against Dianne Randall, Katrina Thomas, Nykisha Giles, Shaakira Giles, Perry Lee Randall, and Lewis Thomas. I also filed a case against LeMoyne College and a church named Bethany Baptist Church and another person named Phil Turner. I want to drop this case and I want the case to be removed and erased against my relatives and this →

Church named "Bethany Baptist Church" and another person named Phil Turner.

Also I want this case removed off the internet. I did not know that the court puts the information of the papers I filed to court on the internet. I want this information and case removed off the internet, as well.

Chandrea T. Agnew
Chandrea T. Agnew

(Page 2)

SYRACUSE NY 132
16 JAN 2018 PM 2 L

Chandrea T. Agnew
135 Fenway Drive
Syracuse NY 13224

United States District Court
Northern District of New York
100 South Clinton Street
P.O. Box 7367
Syracuse NY 13261

Amos Thompson President
Director

U.S. DISTRICT COURT
LAWRENCE K. BAERMAN, CLERK
JAN 1 8 2018
RECEIVED